JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMIRO LOPEZ MANCILLAS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:25-cv-04023-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: January 13, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge